Form order – ntcorder

# UNITED STATES BANKRUPTCY COURT

District of New Jersey  
402 East State Street  
Trenton, NJ 08608

In Re:  Allserve Systems Corp.  
Debtor

                                      Case No.:  
                                      Chapter 7

Charles A. Stanziale  
Plaintiff

v.

Rahda Dalmia  
Defendant

Adv. Proc. No. 06–01589–MBK                       Judge: Michael B. Kaplan

## NOTICE OF JUDGMENT OR ORDER
**Pursuant to Fed. R. Bankr. P. 9022**

     Please be advised that on November 9, 2007, the court entered the following judgment or order on the court's docket in the above–captioned case:

Document Number: 120 – 79  
Opinion (related document:[79] Motion re: for Leave to File Third Amended Complaint filed by Plaintiff Charles A. Stanziale). The following parties were served: Plaintiff, Plaintiff's Attorney, Defendants, Defendants' Attorneys. Signed on 11/9/2007. (slf, )

     Parties may review the order by accessing it through PACER or the court's electronic case filing system (CM/ECF). Public terminals for viewing are also available at the courthouse in each vicinage.

Dated: November 9, 2007  
JJW: slf

                                                                James J. Waldron  
                                                                 Clerk